UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CARGILL INC., CAN TECHNOLOGIES, INC., | |
| Plaintiffs, | NO. CIV. S-07-0407 FCD/EFB |
| v. | ORDER |
| MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS INC.; TODD SCHWEGEL; BRIAN SUNDBERG, | |
| Defendants. | |

---oo0oo----

This case was filed in the Eastern District of California and assigned to the undersigned judge sitting in Sacramento, California. Upon review of the complaint and the Civil Cover Sheet, this suit arose in Merced, Tulare, and Stanislaus, Counties, California. The court finds good cause to transfer this action to the Fresno Division.

1       Accordingly, the court makes the following orders:
2       1.   Pursuant to Local Rule 3-120(d),this case is hereby
3  TRANSFERRED to the Fresno Division of this court.  All dates set
4  in this action are VACATED.
5       2.   The Clerk's Office is instructed to transfer this file
6  to the Fresno Division.
7       3.   Plaintiff's new case number is
8  _____.
9  All future filings shall reference this new case number and shall
10 be filed at:
11              United States District Court
                Eastern District of California
12              Office of the Clerk
                Room 1501
13              2500 Tulare Street
                Fresno, CA 93721-1322
14
15      IT IS SO ORDERED.
16 DATED: March 5, 2007
17
18
19                              _____
                                FRANK C. DAMRELL, JR.
20                              UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28