**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARGILL INC., and CAN TECHNOLOGIES, INC, | CASE NO. CV-F-07-0349- LJO-SMS |
| Plaintiffs, | **ORDER FOR JOINT STATUS REPORT** |
| vs. | |
| PROGRESSIVE DAIRY SOLUTIONS et al., | |
| Defendants. | |

This Court was notified that the above-captioned matter was reassigned to United States District Judge Lawrence J. O'Neill of the Fresno Division of the Eastern District of California. Due to the pending and upcoming deadlines and hearing dates pursuant to prior orders, **counsel are required to have a joint conference call and provide to the Court a Joint Status Report no later than noon tomorrow, March 6, 2007.** The Joint Status report shall include any requests for hearings the parties may have. The parties shall email a copy of the Joint Status Report to ljoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated: March 5, 2007**            **/s/ Lawrence J. O'Neill**
b9ed48                               UNITED STATES DISTRICT JUDGE

1