IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC. et al., <br><br> Defendants. | CASE NO. CV-F-07-0349- LJO-SMS <br><br> **ORDER FOR TELEPHONIC HEARING** <br><br> Telephonic Hearing <br> Date:   March 9, 2007 <br> Time:   2:00 p.m. |

The Court has received and reviewed the Joint Status Report provided by the parties on March 6, 2007 and commends the parties for a thorough report. **This Court hereby ORDERS a telephonic hearing to be held on Friday, March 9, 2007 at 2:00 p.m.** This hearing shall be on the record. The Court does not require any documents to be filed prior to the hearing on March 9, 2007. The purpose of the hearing is to discuss the expiration date of the Amended Temporary Restraining Order of March 2, 2007, jurisdictional issues that affect directly any stipulation entered into or appropriate court order over named parties, and orders that would bind Kroll Ontrack, Lucidata Inc. and/or ICON. Counsel may appear at the hearing by arranging a one- line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:** **March 7, 2007**  /s/ Lawrence J. O'Neill
b9ed48                         UNITED STATES DISTRICT JUDGE