# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., | CASE NO. CV-F-07-0349- LJO-SMS |
| Plaintiffs, | **FURTHER ORDER ON AMENDED TEMPORARY RESTRAINING ORDER** |
| vs. | Status Conference |
| PROGRESSIVE DAIRY SOLUTIONS, INC. et al., | Date: March 16, 2007<br>Time: 8:30 am<br>Courtroom: 4 |
| Defendants. / | |

This Court held a telephonic hearing on March 9, 2007 at 2:00 pm in Courtroom 8. David Miclean and Katherine Prescott appeared for Plaintiffs Cargill Incorporated and CAN Technologies, Inc. Ken Keller and Lori Behaun appeared for Defendants Progressive Dairy Solutions, Matthew Budine, Luciana Jonkman, and Brian Sundberg. Gregory Mason appeared on behalf of Defendants Diversified Dairy Solutions and Douglas DeGroff. Wendy Wyse appeared on behalf of Defendant Todd Schwegel. After a discussion on the issues and good cause showing, the Court:

1. NOTES that there was no dispute by any party on the issue of jurisdiction;

2. ORDERS the documents which were collected by counsel at the law firm of Folger Levin & Kahn, LLP, on behalf of all defendants, be transferred from Folger Levin & Kahn, LLP and placed into the custody of Ken Keller at Krieg, Keller, Sloan, Reilley & Roman, LLP. Those documents shall remain in the custody of Krieg, Keller, Sloan, Reilley & Roman, LLP for preservation until further

notice or order of the Court;

3. ORDERS that if a party wishes to photocopy the documents collected and kept at Krieg, Keller, Sloan, Reilley & Roman, LLP, notice shall be given to all parties at least one business day in advance so that parties will have an opportunity to object to such photocopying. In the event of an objection to the photocopying, a stay will be in effect and no party shall photocopy any documents until an order of the Court after a telephonic conference;

4. ORDERS the $25,000 bond shall remain in effect until Tuesday, March 13, 2007 at 5:00 pm;

5. NOTES that Plaintiffs' counsel agrees that Kroll Ontrack is an agent of Cargill;

6. ORDERS the Amended Temporary Restraining Order, issued on March 2, 2007, shall remain in effect until Monday, March 19, 2007 at 5:00 pm; and

7. ORDERS a status hearing to be set on Friday, March 16, 2007 at 8:30am. At the status hearing, the parties will discuss the outcome of a meet and confer regarding several issues, including but not limited to continued preservation of evidence and expedited discovery.

IT IS SO ORDERED.

**Dated:    March 9, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE