# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., | CASE NO. CV-F-07-0349- LJO-SMS |
| Plaintiffs, | **ORDER VACATING MARCH 16, 2007 HEARING** |
| | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| vs. | **ORDER SETTING TELEPHONIC HEARING** |
| PROGRESSIVE DAIRY SOLUTIONS, INC. et al., | Date: March 21, 2007<br>Time: 8:15am |
| Defendants. | |

Pursuant to chambers' being contacted by Plaintiff's Counsel, David Miclean, with the stipulation of all other counsel, giving this Court the general progress that had been made concerning the legal and factual issues surrounding this case, and for good cause thereby shown, and at the request of all parties, the Court hereby:

   1. VACATES the telephonic hearing currently set for Friday, March 16, 2007;

   2. ORDERS the temporary restraining order, currently set to expire on Monday, March 19, 2007, be extended one week so that the temporary restraining order of March 2, 2007 will now expire on Monday, March 26, 2007 at 5:00pm; and

   3. ORDERS a telephonic hearing to be held on Wednesday, March 21, 2007 at 8:15am. This

1

hearing will be on the record. The parties shall advise the Court by Tuesday, March 20, 2007 at 2pm whether the hearing shall proceed. If all parties agree the hearing is unnecessary, then the parties shall by that time submit to the Court what has been agreed upon. Counsel may appear at the hearing by arranging a one- line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:    March 15, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE