1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARGILL INC. AND CAN                    CASE NO. CV-F-07-0349- LJO-SMS
     TECHNOLOGIES, INC.,
12
                      Plaintiffs,            **ORDER VACATING MARCH 23, 2007  HEARING**
13
     _____    **ORDER EXTENDING TEMPORARY**
14                                           **RESTRAINING ORDER**
           vs.
15                                           **ORDER SETTING TELEPHONIC HEARING**

16                                           Date:   March 27, 2007
     PROGRESSIVE DAIRY                       Time:   8:45 am
17   SOLUTIONS, INC. et al.,

18                      Defendants.

19   _____/

20   The Court received and reviewed a Stipulation Requesting Vacation and Continuance of the March 23,

21   2007 Telephonic Hearing.  The parties indicate to this Court that they fully expect to file a joint

22   stipulation and proposed order to resolve their current disputes with respect to preservation of evidence

23   and initial discovery; however, not all party and counsel approvals and comments are yet in place.  For

24   good cause showing, this Court:

25          1.  VACATES the telephonic hearing currently set for Friday, March 23, 2007;

26          2.  ORDERS the temporary restraining order, currently set to expire on Monday, March 26, 2007,

27   be extended one day so that the temporary restraining order of March 2, 2007 will now expire on

28   Tuesday, March 27, 2007 at 5:00pm; and

                                             1

3. ORDERS a telephonic hearing to be held on Tuesday, March 27, 2007 at 8:45am. This hearing will be on the record. The parties shall advise the Court by Monday, March 26, 2007 at 2pm whether the hearing shall proceed. If all parties agree the hearing is unnecessary, then the parties shall by that time submit to the Court what has been agreed upon. Any stipulations and proposed orders should be submitted to this court at ljoorders@caed.uscourts.gov and shall be in WordPerfect format. Counsel may appear at the hearing by arranging a one- line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:**   **March 22, 2007**                    **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES DISTRICT JUDGE

2