KENNETH E. KELLER (State Bar No. 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (State Bar No. 164053) cholland@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
PROGRESSIVE DAIRY SOLUTIONS, INC.;
MATTHEW BUDINE; LUCIANA JONKMAN;
and BRIAN SUNDBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br>     Plaintiffs, <br><br> v. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC.; DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG, <br>     Defendants. | Case No.: CV-F-07-0349 LJO <br><br> **STIPULATION EXTENDING TIME IN WHICH PARTIES MAY FILE A STIPULATED PROTECTIVE ORDER** |

Pursuant to Rules 6-144 and 83-143 of the General Local Rules of the Eastern District of California and subject to approval of the Court, Plaintiffs CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants PROGRESSIVE DAIRY SOLUTIONS, INC., DIVERSIFIED DAIRY SOLUTIONS, LLC, MATTHEW BUDINE, DOUGLAS DEGROFF, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Defendants") hereby stipulate to extend the time by which the parties must file a [Proposed] Stipulated Protective Order with the Court.

In its Order dated March 27, 2007, the Court set a deadline of March 30, 2007 by which the parties were to prepare and submit a Stipulated Protective Order.  The Order further provided that if the parties were unable to reach agreement by that date, the parties were to arrange a conference call with the Court to address the Protective Order.

Although the parties have not yet reached final agreement the terms of the Protective Order, the parties believe they will be able to do so without requiring intervention from the Court. Consequently, the parties hereby request that the Court extend the deadline for filing the Protective Order until Wednesday, April 4, 2007.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order.  By entering into this stipulation, neither Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.

IT IS SO STIPULATED AND AGREED.

Dated:  April 2, 2007       KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

/S/ KENNETH E. KELLER, ESQUIRE_

By: _____
Kenneth E. Keller
Attorneys for PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG

FISH & RICHARDSON P.C.

Dated:  April 2, 2007

/S/ DAVID J. MICLEAN, ESQUIRE       (as

By: _____
authorized on March 30, 2007)
David J. Miclean
Attorneys for CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

Dated: April 2, 2007  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:   /S/ GREGORY S. MASON, ESQUIRE
       (as authorized on April 1, 2007)
       Gregory S. Mason
       Attorneys for DOUGLAS DeGROFF and
       DIVERSIFIED DAIRY SOLUTIONS, LLP


Dated: April 2, 2007  KEEGIN HARRISON SCHOPPERT SMITH KARNER LLP


By:   /S/ WENDY L. WYSE, ESQUIRE
       (as authorized on March 30, 2007)
       Wendy L. Wyse
       Attorneys for TOD SCHWEGEL


**THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION OF COUNSEL.  THE COURT NOTES THAT ACCORDING TO THE ORDER OF MARCH 27, 2007, THE PARTIES WERE REQUIRED TO TO SUBMIT A STIPULATED PROTECTIVE ORDER WITH THE COURT ON MARCH 30, 2007.  THE DEADLINE SET IN THE ORDER WAS IGNORED.  FURTHER ORDERS ARE EXPECTED TO BE FOLLOWED, AND DEADLINES MET.**

**THE PROPOSED EXTENSION TO APRIL 4, 2007 GRANTED.**

IT IS SO ORDERED.

**Dated:   April 3, 2007**          /s/ Lawrence J. O'Neill
b9ed48                UNITED STATES DISTRICT JUDGE