Jeffrey S. Schoppert – SBN 116674
Wendy L. Wyse – SBN 068284
KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone:  (415) 456-4000
Facsimile:   (415) 456-1921

Attorneys for Defendant Todd Schwegel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC.; DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG, <br><br> Defendants. | No.  CV-F-07-00349-LJO-SMS <br><br> **STIPULATED APPLICATION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TODD SCHWEGEL TO RESPOND TO COMPLAINT AND ORDER** |

Plaintiffs CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. (collectively, "Plaintiffs") and Defendant TODD SCHWEGEL hereby apply for, by stipulation, and respectfully request that the Court enter the following Proposed Order:

WHEREAS Defendant Todd Schwegel was served with Plaintiffs' complaint in this action on March 2, 2007, making March 22, 2007 the initial deadline for Mr. Schwegel to respond to Plaintiffs' complaint;

WHEREAS Plaintiffs and Defendant Todd Schwegel stipulated to extend the

1

PDF created with pdfFactory trial version www.pdffactory.com

deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint to April 16, 2007, which was an extension of less than 30 days;

WHEREAS the Court ordered such extension;

WHEREAS Plaintiffs and Defendant Todd Schwegel agree that good cause exists for Defendant Todd Schwegel to be granted an additional extension of fourteen (14) days, to May 1, 2007, to answer, move or otherwise respond to Plaintiffs' complaint.

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint is extended to **May 1, 2007**.

Dated:  April 16, 2007          KEEGIN HARRISON SCHOPPERT
                                   SMITH & KARNER LLP


                                By /s/ Wendy L. Wyse
                                   Wendy L. Wyse
                                Attorneys for Defendant Todd Schwegel

Dated:  April 16, 2007          FISH & RICHARDSON P.C.


                                By  /s/ Enrique Duarte
                                as authorized on April 16, 2007
                                Attorneys for Plaintiffs
                                CARGILL INCORPORATED and
                                CAN TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

Dated:__4/17/2007__
                                 /s/ Sandra M. Snyder
                                The Honorable Sandra M. Snyder
                                United States District Court
                                Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com