Gregory S. Mason, # 148997            (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

Attorneys for Defendants
DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC., DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG,<br><br>Defendants. | Case No.  1:07-cv-00349 LJO-SMS<br><br>**STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT** |

     TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

     IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., and defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC, by their respective counsel, that Defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC., be granted an additional eleven (11) days in which to answer Plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.'S, Complaint, in the above matter.  Said parties have previously

1  stipulated to a twenty-eight (28) day extension in which to answer said Complaint. As the
2  original date in which to answer Plaintiffs' Complaint was March 23, 2007, and said parties
3  previously stipulated to extend the time to file such answer to April 20, 2007, the date in which to
4  answer Plaintiffs' Complaint based on this Stipulation and [Proposed] Order shall be extended to
5  May 1, 2007.

6        The Stipulation may be executed in counterparts and by facsimile signature, each of
7  which, when executed, shall be an original and all of which together shall constitute one in the
8  same stipulation. This Stipulation contains the entire agreement among the parties, the
9  undersigned hereby consent to the terms set forth in the foregoing Stipulation.

10  Dated: April 19, 2007                                    McCORMICK, BARSTOW, SHEPPARD,
11                                                                                       WAYTE & CARRUTH LLP

13                                                                   By:/s/Gregory S. Mason
                                                                            Gregory S. Mason
14                                                                       Attorneys for Defendants
                                                                    DOUGLAS DEGROFF and
15                                                               DIVERSIFIED DAIRY SOLUTIONS,
                                                                                       LLC

19  Dated: April 19, 2007                                                   FISH & RICHARDSON PC

21                                                                   By:/s/Katherine D. Prescott
                                                                             David J. Miclean
22                                                                       Katherine D. Prescott
                                                                             Enrique D. Duarte
23                                                                       Attorneys for Plaintiffs
                                                                       CARGILL INCORPORATED
24                                                                   and CAN TECHNOLOGIES, INC.

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT CV-F-0349 LJO (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO ORDERED.

2

3    Dated:  4/25/2007

4

5                                          /s/ Sandra M. Snyder
                                           SANDRA M. SNYDER
                                           United States Magistrate Judge
6    1085439.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT CV-F-0349 LJO (SMS)

PDF created with pdfFactory trial version www.pdffactory.com