Gregory S. Mason, # 148997
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC., DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG,<br><br>Defendants. | Case No.  1:07-cv-00349-LJO-SMS<br><br>**STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT** |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., and defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC, by their respective counsel, that Defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC., be granted an additional fourteen (14) days in which to answer Plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.'S, Complaint, in the above matter.

PDF created with pdfFactory trial version www.pdffactory.com

Said parties have previously stipulated to a twenty-eight (28) day extension in which to answer said Complaint. As the original date in which to answer Plaintiffs' Complaint was March 23, 2007, and said parties previously stipulated to extend the time to file such answer to April 20, 2007, the date in which to answer Plaintiffs' Complaint based on that Stipulation and Order was extended to May 1, 2007.

The date in which to answer Plaintiffs' Complaint based on this Stipulation and [Proposed] Order shall be extended to May 15, 2007.

The Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same stipulation. This Stipulation contains the entire agreement among the parties, the undersigned hereby consent to the terms set forth in the foregoing Stipulation.

Dated: May 1, 2007                    McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP


                                      By:/s/Gregory S. Mason
                                           Gregory S. Mason
                                         Attorneys for Defendants
                                         DOUGLAS DEGROFF and
                                       DIVERSIFIED DAIRY SOLUTIONS,
                                                  LLC




Dated:  May 1, 2007                        FISH & RICHARDSON PC


                                      By:/s/Katherine D. Prescott
                                            David J. Miclean
                                          Katherine D. Prescott
                                           Enrique D. Duarte
                                         Attorneys for Plaintiffs
                                         CARGILL INCORPORATED
                                       and CAN TECHNOLOGIES, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT 1:07-CV-00349-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated:  5/2/2007

4
                                            /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
5                                         United States Magistrate Judge
   1089792.v1
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

3

STIPULATION AND ORDER REGARDING ANSWER TO COMPLAINT 1:07-CV-00349-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com