David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG, <br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS) <br><br>**STIPULATION AND ORDER EXTENDING TIME IN WHICH PLAINTIFFS CARGILL INCORPORATED AND CAN TECHNOLOGIES MAY RESPOND TO DEFENDANTS' COUNTERCLAIMS** |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants, PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Defendants"), that Plaintiffs be granted an additional thirty (30) days in which to respond to Defendants' Counterclaims.

Based on this Stipulation and [Proposed] Order, the date by which Plaintiffs must respond to Defendants' Counterclaims shall be extended to June 6, 2007.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN
WHICH PLAINTIFFS MAY RESPOND TO DEFENDANTS'
COUNTERCLAIMS - Case No. 07-CV-00349 LJO (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

1   This Stipulation is not entered into for purposes of delay, and will not alter the date of any
2   event or any deadline already fixed by Court order.  By entering into this stipulation, neither
3   Plaintiffs nor Defendants waive any rights, claims or defenses they may have in this action.
4       IT IS SO STIPULATED AND AGREED.

5   Dated: May 10, 2007        FISH & RICHARDSON P.C.

6

7            By: /s/ David J. Miclean
           David J. Miclean
8              Katherine D. Prescott

9           Attorneys for Plaintiffs
        CARGILL INCORPORATED and CAN
10          TECHNOLOGIES, INC.

11

12  Dated: May 10, 2007        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

13

14

15           By: /s/ Christopher T. Holland
           (as authorized on May 8, 2007)
           Kenneth E. Keller
16             Christopher T. Holland

17          Attorneys for Defendants
        MATTHEW BUDINE; LUCIANA
18          JONKMAN; PROGRESSIVE DAIRY
        SOLUTIONS, INC.; and BRIAN SUNDBERG
19

20

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: 5/9/2007

23

24          /s/ Sandra M. Snyder
         Honorable Sandra M. Snyder
25           United States Magistrate Judge

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com