Gregory S. Mason, # 148997
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC., DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG,<br><br>Defendants. | Case No.  1:07-cv-00349-LJO-SMS<br><br>**STIPULATION AND LAST EXTENSION ORDER REGARDING ANSWER TO COMPLAINT** |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., and defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC, by their respective counsel, that Defendants, DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC., be granted an additional twenty-one (21) days in which to answer Plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.'S, Complaint, in the above matter.  Said parties are in the midst of

1  efforts to resolve their differences.

2       Said parties have previously stipulated to a twenty-eight (28) day extension in which to
3  answer said Complaint. As the original date in which to answer Plaintiffs' Complaint was March
4  23, 2007, and said parties previously stipulated to extend the time to file such answer to April 20,
5  2007, the date in which to answer Plaintiffs' Complaint based on that Stipulation and Order was
6  extended to May 1, 2007. Said parties were then granted an additional fourteen (14) days to May
7  15, 2007, to respond to said Complaint.

8       The date in which to answer Plaintiffs' Complaint based on this Stipulation and
9  [Proposed] Order shall be extended to June 5, 2007.

10      The Stipulation may be executed in counterparts and by facsimile signature, each of
11 which, when executed, shall be an original and all of which together shall constitute one in the
12 same stipulation. This Stipulation contains the entire agreement among the parties, the
13 undersigned hereby consent to the terms set forth in the foregoing Stipulation.

14 Dated: May 15, 2007          McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP

                                         By:/s/Gregory S. Mason
                                             Gregory S. Mason
                                           Attorneys for Defendants
                                           DOUGLAS DEGROFF and
                                         DIVERSIFIED DAIRY SOLUTIONS, LLC

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  May 15, 2007 | FISH & RICHARDSON PC |

By:/s/Katherine D. Prescott
David J. Miclean
Katherine D. Prescott
Enrique D. Duarte
Attorneys for Plaintiffs
CARGILL INCORPORATED
and CAN TECHNOLOGIES, INC.

**IT IS SO ORDERED**.  This shall be the last extension granted absent a good cause showing.

Dated:  5/16/2007

/s/  Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge

1095313.v1