Jeffrey S. Schoppert – SBN 116674
Wendy L. Wyse – SBN 068284
KEEGIN HARRISON SCHOPPERT
  SMITH & KARNER LLP
1000 Fourth Street, Suite 600
San Rafael, California  94901
Telephone:  (415) 456-4000
Facsimile:   (415) 456-1921

Attorneys for Defendant Todd Schwegel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC.; DIVERSIFIED DAIRY SOLUTIONS, LLC; MATTHEW BUDINE; DOUGLAS DEGROFF; LUCIANA JONKMAN; TODD SCHWEGEL; and BRIAN SUNDBERG, <br><br> Defendants. | No. 1:07-cv-00349-LJO-SMS <br><br> **STIPULATED APPLICATION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TODD SCHWEGEL TO RESPOND TO COMPLAINT AND LAST EXTENSION ORDER** |

Plaintiffs CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. (collectively, "Plaintiffs") and Defendant TODD SCHWEGEL hereby apply for, by stipulation, and respectfully request that the Court enter the following Proposed Order:

WHEREAS Defendant Todd Schwegel was served with Plaintiffs' complaint in this action on March 2, 2007, making March 22, 2007 the initial deadline for Mr. Schwegel to respond to Plaintiffs' complaint;

WHEREAS Plaintiffs and Defendant Todd Schwegel stipulated to extend the

1

Case No.  CV-F-07-00349-LJO-SMS
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TODD SCHWEGEL TO RESPOND TO COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint to April 16, 2007, which was an extension of less than 30 days;

WHEREAS the Court ordered such extension;

WHEREAS Plaintiffs and Defendant Todd Schwegel stipulated to further extend the deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint to May 1, 2007;

WHEREAS the Court ordered such extension;

WHEREAS Plaintiffs and Defendant Todd Schwegel stipulated to further extend the deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint to May 15, 2007;

WHEREAS the Court ordered such extension; and

WHEREAS Plaintiffs and Defendant Todd Schwegel have been, and are, involved in discussions concerning resolution of the disputes between them, and Plaintiffs and Defendant Todd Schwegel agree that it would be advantageous to further extend the deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint to June 5, 2007.

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the deadline for Defendant Todd Schwegel to answer, move or otherwise respond to Plaintiffs' complaint is extended to **June 5, 2007**.

Dated:  May 15, 2007                         KEEGIN HARRISON SCHOPPERT
                                             SMITH & KARNER LLP


                                             By  /s/ Wendy L. Wyse
                                                   Wendy L. Wyse
                                             Attorneys for Defendant Todd Schwegel

///

2

Case No.  CV-F-07-00349-LJO-SMS
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TODD SCHWEGEL TO RESPOND TO COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:07-cv-00349-LJO-SMS   Document 76   Filed 05/16/07   Page 3 of 3

Dated: May 15, 2007                    FISH & RICHARDSON P.C.


By /s/ David J. Miclean
as authorized on May 15, 2007
Attorneys for Plaintiffs
CARGILL INCORPORATED and
CAN TECHNOLOGIES, INC.


**IT IS SO ORDERED. This shall be the last extension granted absent a good cause showing.**


Dated:___5/16/2007                      /s/ Sandra M. Snyder
                                        Honorable Sandra M. Snyder
                                        United States District Court
                                        Eastern District of California

3

Case No. CV-F-07-00349-LJO-SMS
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TODD SCHWEGEL TO RESPOND TO COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com