# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MATTHEW BODINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS; TODD SCHWEGEL; and BRIAN SUNDBERG<br>　　　　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER CONTINUING MAY 22, 2007 SCHEDULING CONFERENCE TO MAY 23, 2007**<br><br>Scheduling Conference<br>Date:　May 23, 2007<br>Time:　8:00am<br>Courtroom: 4 (LJO) |

This Court set a scheduling conference for May 22, 2007. By minute order[1], the time of the scheduling conference was changed from 8:45 a.m. to 8:15 a.m., as this Court is currently presiding over a jury trial which begins promptly at 8:30 a.m. Counsel appeared telephonically over five minutes late and indicated that they anticipated the conference would last longer than ten minutes. Because counsel appeared late, leaving inadequate time for the conference, **this Court hereby resets this scheduling**

---

[1] Docket number 77 reads: MINUTE ORDER: (TEXT ONLY) (NOTE TIME CHANGE) Scheduling Conference set for 5/22/2007 at 08:15AM in Courtroom 4 (LJO) before District Judge Lawrence J. O'Neill (Lira, I) (Entered: 05/16/2007).

1

**conference to May 23, 2007 at 8:00.**

      This Court notes that counsel failed to comply with the minute order setting the time in this matter. Counsel are admonished that this Court begins on-time and reminds counsel of our Local Rules which demand compliance with court orders.

IT IS SO ORDERED.

**Dated:   May 22, 2007**　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE