IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>MATTHEW BODINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS; TODD SCHWEGEL; and BRIAN SUNDBERG<br><br>                              Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER SETTING MOTION HEARING**<br><br>Motion Hearing<br>Date:    June 27, 2007<br>Time:    8:15am<br>Courtroom: 4 (LJO) |

At the May 23, 2007 scheduling conference, Plaintiffs' counsel noticed this Court on the record of a motion to disqualify Mr. Roy Payne as counsel for Defendants Matthew Bodine, Luciana Jonkman, Progressive Dairy Solutions and Brian Sundberg. Accordingly, this Court sets the following schedule on that motion:

(I)   Plaintiffs' memorandum in support of the motion for disqualification shall be filed and served no later than May 30, 2007.

(II)  Defendants' memorandum in opposition of the motion shall be filed and served no later than June 13, 2007;

    (III)    Plaintiffs' response to the opposition of the motion for disqualification shall be filed and served no later than June 20, 2007; and

    (IV)    A hearing is set in the matter on Wednesday, June 27, 2007 at 8:15 a.m. in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:**   **May 23, 2007**                                  **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE