David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS)<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS CARGILL INCORPORATED AND CAN TECHNOLOGIES' RESPONSE TO DEFENDANTS' COUNTERCLAIMS** |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS Defendants PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Progressive Defendants") filed various Counterclaims against Plaintiffs CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") to which, through stipulation by the parties, Plaintiffs must respond by June 8, 2007;

WHEREAS Plaintiffs requested in writing that Progressive Defendants voluntarily amend certain counterclaims; and

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS Progressive Defendants agreed to consider Plaintiffs' request,

2   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, CARGILL

3   INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants,

4   PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and

5   BRIAN SUNDBERG ("Progressive Defendants"), that:

6   1.      Progressive Defendants agree to respond to Plaintiffs' request for voluntary

7   amendment of counterclaims on or before June 15, 2007;

8   2.      If Progressive Defendants do not amend their counterclaims, Plaintiffs shall (i) file a

9   motion to dismiss, or (ii) answer Progressive Defendants' counterclaims, on or before June 22,

10  2007;

11  3.      If Plaintiffs file a motion to dismiss less than all of Progressive Defendants'

12  counterclaims, Plaintiffs are not required to reply to any counterclaims until 10 days after the

13  Court's order on the motion to dismiss;

14  4.      If Progressive Defendants voluntarily amend their counterclaims, Plaintiffs shall

15  respond within the statutorily allowed time period.

16  This Stipulation is not entered into for purposes of delay, and will not alter the date of any

17  event or any deadline already fixed by Court order.  By entering into this stipulation, neither

18  Plaintiffs nor Progressive Defendants waive any rights, claims or defenses they may have in this

19  action.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO STIPULATED AND AGREED.

2    Dated:  June 5, 2007                    FISH & RICHARDSON P.C.

3

4                                           By:  /s/ David J. Miclean
                                                 David J. Miclean
5                                                Katherine D. Prescott

6                                           Attorneys for Plaintiffs
                                            CARGILL INCORPORATED and CAN
7                                           TECHNOLOGIES, INC.

8

9    Dated:  June 5, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

10

11
                                            By:  /s/ Christopher T. Holland
12                                               (as authorized on June 1, 2007)
                                                 Kenneth E. Keller
13                                               Christopher T. Holland

14                                          Attorneys for Defendants
                                            MATTHEW BUDINE; LUCIANA
15                                          JONKMAN; PROGRESSIVE DAIRY
                                            SOLUTIONS, INC.; and BRIAN SUNDBERG
16

17

18    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19    Dated:   6/5/2007

20

21                                           /s/ Sandra M. Snyder
                                            Honorable Sandra M. Snyder
22                                          United States Magistrate Judge

23   #50418838

24

25

26

27

28

STIPULATION REGARDING PLAINTIFFS' RESPONSE TO
COUNTERCLAIMS - Case No. 07-CV-00349 LJO (SMS)

PDF created with pdfFactory trial version www.pdffactory.com