David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS)<br><br>**JOINT CONSENT DECREE AND ORDER APPROVING SAME** |

Cargill Incorporated, CAN technologies (collectively "CARGILL") and Todd Charles Schwegel (hereinafter "SCHWEGEL") jointly submit the following consent decree and proposed order:

1

1. SCHWEGEL was employed by CARGILL as a dairy nutritionist consultant from 1998 through January 31, 2007. On January 31, 2007, SCHWEGEL and four other CARGILL employees resigned to form competing dairy consultant businesses, Progressive Dairy Solutions, Inc. ("Progressive") and Diversified Dairy Solutions, LLC ("Diversified"). SCHWEGEL was an employee of Progressive from February 1, 2007 until March 8, 2007;

2. On August 17, 1998 SCHWEGEL signed an Employee Confidential Information, Inventions, and Original works of Authorship Agreement ("the Confidential Information Agreement") requiring that neither during nor after the termination of his employment with CARGILL would SCHWEGEL use, disclose or communicate to any person, firm or corporation, in any manner whatsoever, any trade secrets or confidential information of CARGILL except as required by his duties to CARGILL (including, but not limited to, information regarding customers, the prices of products, proprietary business information, the manner of CARGILL business operations, its business plans, and processes or other data);

3. SCHWEGEL admits that he understood that the information identified in the Confidential Information Agreement was important, material and confidential to CARGILL and if disclosed, could gravely affect the successful conduct of CARGILL's business and CARGILL's goodwill;

4. SCHWEGEL admits that he agreed in the Confidential Information Agreement to return to CARGILL, at the time of termination, confidential information and materials of whatever nature arising from his employment with CARGILL;

5. Prior to his resignation from Cargill, and in preparation for his employment with Progressive, SCHWEGEL admits that he improperly gathered CARGILL confidential and proprietary ingredient and nutrient information from CARGILL's ration-building MAX system for use by Progressive. Schwegel further admits that Progressive employees, including himself, used Cargill confidential, proprietary and trade secret information during his tenure with Progressive .

6. SCHWEGEL resigned from Progressive on March 8, 2007 because, among other reasons, he became increasingly concerned and uncomfortable about the way Progressive was basing its business on the use of Cargill confidential information and because he was troubled by the allegations and evidence in the complaint about the other defendants;

7. As part of a comprehensive Settlement Release and Agreement dated June 6, 2007, all claims against SCHWEGEL in this action are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a);

8. CARGILL and SCHWEGEL shall bear their own attorneys' fees and costs; and

9. CARGILL and SCHWEGEL agree to jurisdiction and venue in the United States District Court, Eastern District of California, Fresno Division for any action arising out of the Settlement Release and Agreement.

Dated:  June 6, 2007                                FISH & RICHARDSON P.C.


                                                    By:  /s/ David J. Miclean
                                                         _____
                                                         David J. Miclean
                                                         Katherine D. Prescott
                                                    Attorneys for PlaintiffsCARGILL INCORPORATED AND CAN TECHNOLOGIES, INC.

                          KEEGIN HARRISON SCHOPPERT SMITH &      KARNER LLP

Dated:  June 6, 2007
                                                    By:   /s/ Wendy L. Wyse (as authorized on June 6, 2007)
                                                          _____
                                                          Wendy L. Wyse
                                                    Attorneys for DefendantTODD SCHWEGEL


IT IS SO ORDERED.




                                                    IT IS SO ORDERED.

                                                    Dated:    **June 7, 2007**
                                                              /s/ Lawrence J. O'Neill
                                                              _____
                                                    UNITED STATES DISTRICT JUDGE