David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG, <br><br> Defendants. | Case No. 07-CV-00349 LJO (SMS) <br><br> **STIPULATED DISMISSAL OF DEFENDANT TODD CHARLES SCHWEGEL WITH PREJUDICE** <br> **[F.R.C.P. 41(a)(1)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the agreement and stipulation between plaintiffs Cargill Incorporated and CAN Technologies and defendant Todd Charles Schwegel in the above-entitled lawsuit, Todd Charles Schwegel is hereby dismissed from this action with prejudice.

///

1

1
2
/// 
3
///
4
///
5
6  Dated:  June 6, 2007                    FISH & RICHARDSON P.C.
7
8
                                           By:  /s/ David J. Miclean
9                                               _____
                                                David J. Miclean
10                                              Katherine D. Prescott

11                                         Attorneys for Plaintiffs
                                           CARGILL INCORPORATED AND CAN
12                                         TECHNOLOGIES, INC.

13                                         KEEGIN HARRISON SCHOPPERT SMITH &
    Dated:  June 6, 2007
14                                         KARNER LLP

15 ..                                                                          .

16
                                           By:   /s/ Wendy L. Wyse
17                                               (as authorized on June 6, 2007)
                                                 _____
                                                 Wendy L. Wyse
18                                         Attorneys for Defendant
                                           TODD SCHWEGEL
19
20
21
    07cv349.stip_2.order.wpdIT IS SO ORDERED.
22
23
    **Dated:   June 7, 2007**                 /s/ Lawrence J. O'Neill
24                                            _____
                                              UNITED STATES DISTRICT JUDGE
25
26
27

2