David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS)<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' COUNTERCLAIMS AND PLAINTIFFS' RESPONSE TO SAME** |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS Defendants PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Progressive Defendants") filed various Counterclaims against Plaintiffs CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") to which, through stipulation by the parties, Plaintiffs were to respond by June 8, 2007;

WHEREAS Plaintiffs requested in writing that Progressive Defendants voluntarily amend certain counterclaims; and

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Progressive Defendants agreed to voluntarily amend such counterclaims,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, CARGILL INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants, PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Progressive Defendants"), that:

1. Progressive Defendants agree to file amended counterclaims on or before July 10, 2007; and

2. Plaintiffs shall respond to Defendants' counterclaims within the statutorily allowed time period.

This Stipulation is not entered into for purposes of delay, and will not alter the date of any event or any deadline already fixed by Court order. By entering into this stipulation, neither Plaintiffs nor Progressive Defendants waive any rights, claims or defenses they may have in this action.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED AND AGREED.

Dated: June 25, 2007                FISH & RICHARDSON P.C.


By:  */s/ David J. Miclean*
    David J. Miclean
    Katherine D. Prescott

Attorneys for Plaintiffs
CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.


Dated: June 25, 2007                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:  */s/ Kenneth E. Keller*
    (as authorized on June 20, 2007)
    Kenneth E. Keller

Attorneys for Defendants
MATTHEW BUDINE; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; and BRIAN SUNDBERG


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/21/2007




 /s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States Magistrate Judge

3

STIPULATION REGARDING COUNTERCLAIMS
Case No. 07-CV-00349 LJO (SMS)

PDF created with pdfFactory trial version www.pdffactory.com