David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Erin O. Dungan (CSB# 227090/dungan@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiffs
CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.

Gregory S. Mason (CSB# 148997/greg.mason@mccormickbarstow.com)
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Tel:  (559) 433-1300
Fax:  (559) 433-2300

Attorneys for Defendants
DOUGLAS DEGROFF and DIVERSIFIED DAIRY SOLUTIONS, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE; DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; and BRIAN SUNDBERG,<br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS)<br><br>**JOINT CONSENT DECREE AND [PROPOSED] ORDER APPROVING SAME** |

Cargill Incorporated and CAN Technologies (collectively "CARGILL") and Douglas W. DeGroff (hereinafter "DeGROFF") jointly submit the following consent decree and proposed order:

1.      DeGROFF was employed by Cargill as a dairy nutritionist consultant from February 2003 through January 31, 2007.  On January 31, 2007, DeGROFF and four other Cargill employees resigned to form competing dairy consultant businesses, Progressive Dairy Solutions, Inc. ("Progressive") and Diversified Dairy Solutions, LLC ("Diversified").  DeGROFF is an employee of Diversified.

2      On February 24, 2003 DeGROFF signed an Employee Confidential Information, Inventions, and Original works of Authorship Agreement ("the Confidential Information Agreement") requiring that neither during or after the termination of his employment with Cargill would DeGROFF use, disclose or communicate to any person, firm or corporation, in any manner whatsoever, any trade secrets or confidential information of CARGILL except as required by his duties to CARGILL (including, but not limited to, information regarding customers, the prices of products, proprietary business information, the manner of CARGILL business operations, its business plans, and processes or other data).  DeGROFF acknowledges that the Confidential Information Agreement requires the return to CARGILL, at the time of termination, confidential information and materials of whatever nature arising from employment with CARGILL.

3.      DeGROFF also agreed, as a condition of employment with CARGILL, to comply with CARGILL's "Guiding Principles" which require, inter alia, that CARGILL employees will not become involved in situations that create a conflict of interest between the company and the employee.

4.      DeGROFF acknowledges that the resigning CARGILL employees (the Defendants in this action) improperly used certain information, that CARGILL claims to be confidential, proprietary and trade secret, during their preparation for and employment by Progressive and Diversified, to wit:  information pertaining to individual dairies (formulas, recipes, ingredient analysis's, etc.) was used by Progressive and Diversified in connection with their competing dairy consulting businesses after the Defendants left CARGILL, and the Defendants created and used a spreadsheet with proprietary CARGILL ingredient and nutrient information, which DeGROFF understood was later used as a starting point to populate information in the Brill dairy feed

formulation system used by Progressive and Diversified to generate rations and feed formulas for their customers.

5. DeGROFF also acknowledges that the group planning to leave CARGILL (himself, Budine, Jonkman, Schwegel, and Sundberg) wanted to make sure they had the feed formulas for all of their CARGILL customers' dairies to insure a smooth transition when they left CARGILL. DeGROFF transferred approximately fifty total dairy feed formulas, for the fifteen dairies he serviced, to his Diversified computer before he left CARGILL.  Jonkman, Sundberg, and Schwegel did the same for the feed formulas used at their customers' dairies.

6. DeGROFF also acknowledges that certain premix feed formulas used by Progressive and Diversified were developed by Matt Budine while Budine was still employed as the general manager of Cargill Animal Nutrition's Pacific Coast Division.

7. DeGROFF admits it would be wrong and unethical if any individual Defendant deleted current dairy MAX files from their CARGILL computers before the computers were returned to CARGILL upon resignation.  DeGROFF also admits it would be wrong and unethical if any individual Defendant bid out feed for customers to suppliers other than CARGILL, or provided independent nutrition consulting services, while still employed by CARGILL.

8. All claims CARGILL brought against DeGROFF in this action are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a); and

9. CARGILL and DeGROFF shall bear their own attorneys' fees and costs.

Dated:  October 11, 2007                       FISH & RICHARDSON P.C.


                                               By:  /s/ David J. Miclean
                                                    David J. Miclean

                                               Attorneys for Plaintiffs
                                               CARGILL, INCORPORATED AND CAN
                                               TECHNOLOGIES, INC.

1  Dated: October 11, 2007                         McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP
2

3
                                                   By: /s/ Gregory S. Mason
4                                                      Gregory S. Mason

5                                                  Attorneys for Defendants
                                                   DOUGLAS W. DEGROFF and DIVERSIFIED
6                                                  DAIRY SOLUTIONS, LLC

7

8          IT IS SO ORDERED.

9

10 Dated:  November 7, 2007                        /s/ Lawrence J. O'Neill
                                                   Honorable Lawrence J. O'Neill
11                                                 United States District Judge

12

13  #50442515