1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Katherine D. Prescott (CSB# 215496/prescott@fr.com)
2  Erin O. Dungan (CSB# 227090/dungan@fr.com)
   Enrique D. Duarte (CSB# 247523/duarte@fr.com)
3  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
4  Redwood City, CA 94063
   Tel: (650) 839-5070
5  Fax: (650) 839-5071

6  Attorneys for Plaintiffs
   CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.
7
   Kenneth E. Keller (CSB# 71450/kkeller@kksrr.com)
8  Christopher T. Holland (CSB# 164053/cholland@kksrr.com)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
9  114 Sansome Street, 4th Floor
   San Francisco, CA 94104
10 Tel: (415) 249-8330
   Fax: (415) 249-8333
11
   Michael E. Lehman (CSB# 133523/mlehamn@mrcl-law.com)
12 Charles A. Leath (CSB# 225119/cleath@mrcl-law.com)
   MARDEROSIAN RUNYON CERONE LEHMAN & ARMO
13 1260 Fulton Mall
   Fresno, CA 93721
14 Tel: (559) 441-7991
   Fax: (559) 441-8170
15
   Ricardo Echeverria (CSB # 166049/recheverria@sbd-law.com)
16 SHERNOFF, BIDART & DARRAS, LLP
   600 South Indian Hill Blvd.
17 Claremont, CA 91711
   Tel: (909) 621-4935
18 Fax: (909) 625-6915

19 Attorneys for Defendants
   MATTHEW BUDINE; LUCIANA JONKMAN;
20 PROGRESSIVE DAIRY SOLUTIONS, INC.; and BRIAN SUNDBERG

21

22

23

24

25

26

27

28

1

1                       UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF CALIFORNIA

3                       (FRESNO DIVISION)

4 CARGILL, INCORPORATED and CAN     Case No. 07-CV-00349 LJO (SMS)
TECHNOLOGIES, INC.,

5                        **STIPULATION AND [PROPOSED]**
Plaintiffs,                **ORDER MODIFYING CASE SCHEDULE**

6

7     v.

8 MATTHEW BUDINE; LUCIANA
JONKMAN; PROGRESSIVE DAIRY
9 SOLUTIONS, INC.; and BRIAN
SUNDBERG,

10             Defendants.

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG ("Defendants"), subject to the approval of this Court, that the case schedule outlined in the Court's May 23, 2007 Scheduling Conference Order (D.I. 83) shall be modified as follows:

| Event | Prior Date | New Date |
|---|---|---|
| Fact discovery cutoff | 2/15/08 | 2/15/08 |
| Expert disclosures | 12/3/07 | 3/7/08 |
| Supplemental (rebuttal) expert disclosures | 12/31/07 | 3/31/08 |
| Pretrial motion filing deadline | 2/26/08 | 3/18/08 |
| Last day for pretrial motion hearings | 3/31/08 | 4/21/08 |
| Close of expert discovery | N.A. | 5/5/08 |
| Pretrial conference | 5/1/08 | 6/5/08 |
| Jury trial | 6/23/08 | 7/28/08 |

2

1    Good cause exists for modifying the case schedule in light of, *inter alia*, Defendants'

2    recent change of counsel, the fact that Plaintiffs' reply to Defendants' counterclaims is due to be

3    filed December 11, 2007, and the scope of discovery in this matter.

4

5          IT IS SO STIPULATED AND AGREED.

6

7    Dated:  December 10, 2007              FISH & RICHARDSON P.C.

8

9                                          By:  */s/ Katherine D. Prescott*
                                               Katherine D. Prescott
10
                                           Attorneys for Plaintiffs
11                                         CARGILL INCORPORATED and CAN
                                           TECHNOLOGIES, INC.
12

13
     Dated:  December 10, 2007              MARDEROSIAN RUNYON CERONE LEHMAN &
14                                          ARMO

15

16
                                           By:  */s/ Charles A. Leath*
17                                             (as authorized on December 7, 2007
                                               Charles A. Leath
18
                                           Attorneys for Defendants
19                                         MATTHEW BUDINE; LUCIANA
                                           JONKMAN; PROGRESSIVE DAIRY
20                                         SOLUTIONS, INC.; and BRIAN SUNDBERG

21

22
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
     Dated:   Dec  10, 2007
24

25

26                                         Honorable Lawrence J. O'Neill
                                           United States District Judge
27   Schedule_Stip.doc

28

                                    3