Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
SHERNOFF, BIDART & DARRAS
600 S. Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Kenneth E. Keller (SBN No. 71450) kkeller@kksrr.com
Christopher T. Holland (SBN No. 165053) cholland@kksrr.com
Anne E. Kearns (SBN No. 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY
  & ROMAN, LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for:   Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA
                 JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY
                 SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE, DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 1:07-CV-00349 LJO<br><br>**STIPULATION AND ORDER MODIFYING THE ORDER REGARDING PRESERVATION OF EVIDENCE AND RESTRICTIONS ON USE OF EVIDENCE AND INITIAL DISCOVERY SCHEDULE** |

1    IT IS HEREBY STIPULATED by and between the parties hereto, that the law firm of Marderosian, Runyon, Cercone, Lehman & Armo (hereinafter "the Marderosian" firm) may be substituted in for "the Krieg Keller Law Firm" as identified in the Order entered by this Court on March 27, 2007.  The Marderosian firm shall have all of the rights, duties, and obligations that are identified in the March 27, 2007 Order and which the Krieg Keller law firm had previously assumed.  In this regard, Krieg Keller law firm is to release documents identified, referred to, or governed under the preservation order to the Marderosian firm upon entry of this order.

Dated: January 10, 2008                    MARDEROSIAN, RUNYON, CERCONE,
                                                                    LEHMAN & ARMO


By:    /s/ Michael G. Marderosian
          Michael G. Marderosian,
          Attorney for Defendants/
          Counter-Claimants MATTHEW BUDINE;
          LUCIANA JONKMAN; BRIAN
          SUNDBERG; and PROGRESSIVE DAIRY
          SOLUTIONS, INC.

Dated: January 10, 2008                    FISH & RICHARDSON, PC


By:    /s/ Enrique DeJesus Duarte
          ENRIQUE DeJESUS DUARTE
          Attorneys for Plaintiffs/Counter-Defendants,
          CAN TECHNOLOGIES, INC. CARGILL
          INCORPORATED

Dated:  January 10, 2008                   KRIEG, KELLER, SLOAN, REILLEY
                                                                    & ROMAN, LLP


By:   /s/ Anne Kearns
          ANNE KEARNS
          Attorneys for Defendants/Counter Claimants,
          LUCIANA JONKMAN; PROGRESSIVE
          DAIRY SOLUTIONS, INC.; BRIAN
          SUNDBERG; MATTHEW BUDINE

**ORDER**

IT IS HEREBY ORDERED that the law firm of Marderosian, Runyon, Cercone, Lehman & Armo be substituted in for "the Krieg Keller Law Firm" as identified in the Order entered by this Court on March 27, 2007.

IT IS FURTHER ORDERED that Marderosian, Runyon, Cercone, Lehman & Armo shall have all of the rights, duties, and obligations that are identified in the March 27, 2007 Order and which the Krieg Keller law firm had previously assumed.

IT IS FURTHER ORDERED that the Krieg Keller law firm is to release documents identified, referred to, or governed under the preservation order to Marderosian, Runyon, Cercone, Lehman & Armo upon entry of this Order.

IT IS SO ORDERED.

**Dated:   January 10, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE