IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., | CASE NO. CV F 07-0349 LJO SMS |
| Plaintiffs, | **ORDER ON REQUEST TO INCREASE TRIAL ESTIMATE** |
| vs. | |
| PROGRESSIVE DAIRY SOLUTIONS, INC. et al., | |
| Defendants. / | |
| AND COUNTERACTIONS. / | |

Defense counsel's February 27, 2008 letter requests this Court to increase the trial estimate from seven to 15-20 days. Due to such request, this Court ORDERS the parties in their joint pretrial statement to provide an offer of proof of the substantive testimony of each witness. This Court will consider to impose a reasonable time limit on trial less than the parties' requested estimates.

Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   March 3, 2008**               /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE