1  Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
   Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
2  Heather S. Cohen, Pro Hac Vice (WSBN No. 34400) heather@mrcl-law.com
   MARDEROSIAN, RUNYON, CERCONE,
3  LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone:  (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
   Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
7  SHERNOFF, BIDART & DARRAS
   600 S. Indian Hill Boulevard
8  Claremont, CA 91711
   Telephone: (909) 621-4935
9  Facsimile: (909) 625-6915

10        Attorneys for:  Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA
                          JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY
11                        SOLUTIONS, INC.

12                        UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

14  CARGILL INCORPORATED and CAN          )    Case No.:  1:07-CV-00349 LJO SMS
    TECHNOLOGIES, INC.,                   )
15                                        )    **STIPULATION AND ORDER  RE THE**
                                          )    **LAST DATE TO HEAR PRE TRIAL**
16           Plaintiffs,                  )    **MOTIONS**
                                          )
17        v.                              )
                                          )
18  MATTHEW BUDINE, DOUGLAS W.            )
    DEGROFF; DIVERSIFIED DAIRY            )
19  SOLUTIONS, LLC; LUCIANA JONKMAN;      )
    PROGRESSIVE DAIRY SOLUTIONS,          )
20  INC.; TODD SCHWEGEL; BRIAN            )
    SUNDBERG,                             )
21                                        )
             Defendants.                  )
22                                        )
    _____)
23                                        )
    AND RELATED COUNTER-CLAIM.            )
24  _____)

25        TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26        IT IS HEREBY STIPULATIONS AND AGREED by and between the parties, subject to

27  approval of this Court, that the Case Schedule as amended in the Stipulation and Order Modifying

28  Case Schedule that was entered by this Court on December 13, 2007, shall be modified as follows:

1.      The last day for pretrial motion hearings shall be moved from April 21, 2008, to May 8, 2008.

2.      The moving papers must be filed on or before April 7, 2008 (31 days prior to May 8, 2008);

3.      Any opposing papers must be filed on or before April 24, 2008 (14 days prior to May 8, 2008); and

4.      Any reply to the opposing papers must be filed on or before May 1, 2008 (5 court days prior to May 8, 2008.

Dated:  March 18, 2008.                              MARDEROSIAN, RUNYON, CERCONE,
                                                     LEHMAN & ARMO


                                                     By:_____/s/ Michael G. Marderosian_____
                                                             Michael G. Marderosian,
                                                             Attorney for Defendants/
                                                             Counter-Claimants above-named.

Dated:  March 18, 2008.                              FISH & RICHARDSON, PC


                                                     By:_____/s/ John M. Farrell_____
                                                             John M. Farrell,
                                                             Attorney for Plaintiffs above-named.


        IT IS SO ORDERED.

**Dated:   March 18, 2008**          _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE