1
2
3
4
5
6
7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CARGILL, INCORPORATED and CAN              CASE NO. CV F 07-0349 LJO DLB
     TECHNOLOGIES, INC.,
12
                    Plaintiffs,               **ORDER ON BRIEFING PAGE LIMITS**
13                                            (Doc. 97.)
           vs.
14
     MATTHEW BUDINE, LUCIANA
15   JONKMAN, PROGRESSIVE DAIRY
     SOLUTIONS, INC., and BRIAN
16   SUNDBERG,

17                   Defendants.
                                          /
18

19        Plaintiffs Cargill Incorporated and Can Technologies, Inc. seek leave to exceed this Court's

20   briefing limits.  This motion is unopposed.  This Court treats briefs in excess of page limits as a

21   necessity, not a luxury to be taken lightly.  Requests to extend the briefing page limits are not

22   automatically granted and the parties must demonstrate good cause for this Court's approval.

23        Good cause appearing, this Court **PERMITS** the parties to file opening and opposition summary

24   judgment briefs not to exceed thirty-five (35) pages on the condition that each brief is **well-organized,**

25   **clear and succinct and avoids unnecessary duplication**.  All other briefing shall conform to the

26   Standing Order page limitations of this Court, unless this Court orders otherwise.

27        IT IS SO ORDERED.

28   **Dated:    March 21, 2008              /s/ Lawrence J. O'Neill**

                                          1

1                                    UNITED STATES DISTRICT JUDGE