1  David J. Miclean (CSB# 115098/miclean@fr.com)
   Katherine D. Prescott (CSB# 215496/prescott@fr.com)
2  Erin O. Dungan (CSB# 227090/dungan@fr.com)
   Enrique D. Duarte (CSB# 247523/duarte@fr.com)
3  Scott A. Penner (CSB# 253716/penner@fr.com)
   FISH & RICHARDSON P.C.
4  500 Arguello St., Suite 500
   Redwood City, CA 94063
5  Tel: (650) 839-5070
   Fax: (650) 839-5071
6
   Mark W. Ryan, Pro Hac Vice (mryan@mayerbrown.com)
7  MAYER BROWN LLP
   1909 K Street NW
8  Washington, DC  2006-1101
   Tel: (202) 263-3234
9  Fax: (202) 202-263-5234

10 Attorneys for Plaintiffs
   CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.
11

12 Michael G. Marderosian (CSB# 07796/mick@mcrl-law.com)
   Brett L. Runyon (CSB# 133501/brunyon@mcrl-law.com)
13 Heather S. Cohen, Pro Hac Vice (WSBN# 34400/heather@mcrl-law.com)
   MARDEROSIAN, RUNYON, CERCONE,
14 LEHMAN & ARMO
   1260 Fulton Mall
15 Fresno, CA 93721
   Tel: (559) 441-7991
16 Fax: (559) 441-8170

17 Michael J. Bidart (CSB # 60582/mbidart@sbd-law.com)
   Ricardo Echeverria (CSB# 166049/recheverria@sbd-law.com)
18 SHERNOFF, BIDART & DARASS
   600 S. Indian Hill Boulevard
19 Claremont, CA 91711
   Tel: (909) 621-4935
20 Fax: (909) 625-6915

21 Attorneys for Defendants
   MATTHEW BUDINE; LUCIANA JONKMAN;
22 PROGRESSIVE DAIRY SOLUTIONS, INC.; and BRIAN SUNDBERG

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

# UNITED STATES DISTRICT COURT

1

1

2
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

3

4
CARGILL, INCORPORATED and CAN
TECHNOLOGIES, INC.,

Case No. 07-CV-00349 LJO (SMS)

5
                    Plaintiffs,

**STIPULATION AND ORDER
MODIFYING CASE SCHEDULE**

6
          v.

7

8
MATTHEW BUDINE; LUCIANA
JONKMAN; PROGRESSIVE DAIRY
SOLUTIONS, INC.; and BRIAN
SUNDBERG,

9

10
                    Defendants.

11

12
     TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CARGILL,

13
INCORPORATED and CAN TECHNOLOGIES, INC. ("Plaintiffs") and Defendants

14
PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN,

15
and BRIAN SUNDBERG ("Defendants"), subject to the approval of this Court, that the case

16
schedule that was entered by this Court on December 13, 2007, shall be modified as follows:

17

18

| Event | Prior Date | New Date |
|---|---|---|
| Expert disclosures (except Lucidata) | 3/7/08 | 3/28/08 |
| Lucidata expert disclosure | ---- | 4/18/08 |
| Supplemental (rebuttal) expert disclosures (except Lucidata) | 3/31/08 | 4/21/08 |
| Supplemental computer expert disclosures | ---- | 5/9/08 |
| Close of expert discovery | 5/5/08 | 5/26/08 |
| Close of computer expert discovery | ---- | 6/4/08 |

19

20

21

22

23

24

25
     Good cause exists for modifying the case schedule in light of, *inter alia*, Plaintiff's

26
computer experts undergoing surgery.

27

28
     IT IS SO STIPULATED AND AGREED.

STIPULATION AND ORDER MODIFYING CASE SCHEDULE
Case No. 07-CV-00349 LJO (SMS)

1

2    Dated:  March 26, 2008                    FISH & RICHARDSON P.C.

3

4                                             By: */s/ Scott Penner*
                                                  Scott A. Penner
5
                                             Attorneys for Plaintiffs
6                                             CARGILL INCORPORATED and CAN
                                             TECHNOLOGIES, INC.
7

8
     Dated:  March 26, 2008                    MARDEROSIAN RUNYON CERONE LEHMAN &
9                                             ARMO

10

11
                                             By: */s/ Heather S. Cohen*
12                                                Heather S. Cohen
                                                  (as authorized on March 25, 2008)
13                                            Attorneys for Defendants
                                             MATTHEW BUDINE; LUCIANA
14                                            JONKMAN; PROGRESSIVE DAIRY
                                             SOLUTIONS, INC.; and BRIAN SUNDBERG
15

16

17          PURSUANT TO STIPULATION, IT IS SO ORDERED.

18   Dated:  March 26, 2008

19

20                                                /s/ Lawrence J. O'Neill
                                                 Honorable Lawrence J. O'Neill
21                                               United States District Judge

22

23   50471272.doc

24

25

26

27

28

                                            3