# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MATTHEW BUDINE, LUCIANA JONKMAN, PROGRESSIVE DAIRY SOLUTIONS, INC., and BRIAN SUNDBERG,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 07-0349 LJO DLB<br><br>**ORDER ON PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** (Doc. 179) |

  Plaintiffs Cargill Incorporated and Can Technologies, Inc. ("Cargill") move to file under seal, pursuant to Local Rule 39-141, its brief in support of its motion for summary judgment, the statement of undisputed facts in support of Cargill's motion for summary judgment, and the Declaration of Katherine D. Prescott in Support Cargill's motion for summary judgment. Cargill submits that these documents are submitted for filing under seal because the documents include information designated as "Highly Confidential" and/or "Confidential" under the Protective Order in this matter.

  The Protective Order in this matter (Doc. 143, Nov. 1, 2007) requires:

> 12. Any Discovery Material that has been designated as "Confidential Information" or "Highly Confidential Information" that is included with or the contents of which are in any way disclosed in any pleading, motion, deposition transcript, or other papers filed with the Clerk of the Court shall be filed under seal in accordance with Local Rule 39-141.

Cargill represents that the information contained in the depositions was designated as "Highly Confidential" and/or "Confidential Information." Cargill maintains that the "Highly Confidential" and/or "Confidential Information" is referred to extensively in the memorandum brief and statement of undisputed facts. Because the Protective Order requires the parties to file this evidence under seal, good cause appears to grant Cargill's motion. Accordingly, this Court:

1. GRANTS Cargill's motion to file under seal its: (a) memorandum brief in support of its motion for summary judgment, (b) statement of undisputed facts, and (c) Declaration of Katherine D. Prescott in Support of Cargill's motion for summary judgment (Doc. 179); and

2. ORDERS the seal to remain in place as long as these documents are designated as "Highly Confidential" and/or "Confidential" as defined by the Protective Order of November 1, 2007.

IT IS SO ORDERED.

**Dated:    April 7, 2008**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE