1  Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
   Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
2  Heather S. Cohen, Pro Hac Vice (WSBN No. 34400) heather@mrcl-law.com
   MARDEROSIAN, RUNYON, CERCONE,
3  LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
   Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
7  SHERNOFF, BIDART & DARRAS
   600 S. Indian Hill Boulevard
8  Claremont, CA 91711
   Telephone: (909) 621-4935
9  Facsimile: (909) 625-6915

10         Attorneys for: Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA
                         JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY
11                       SOLUTIONS, INC.

12                    UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE, DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 1:07-CV-00349 LJO<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE BRIEF, STATEMENT OF UNDISPUTED FACTS, AND THE DECLARATION OF MICHAEL G. MARDEROSIAN IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS UNDER SEAL**<br><br>DATE: May 8, 2008<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims, the Response and Statement of Undisputed Facts in Opposition to Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims, and the Declaration of Michael G.

1  Marderosian in Opposition to Plaintiffs' Motion for Summary Judgment on Defendants'
2  Counterclaims shall be filed under seal.
3      IT IS SO ORDERED.
4  **Dated:   April 23, 2008**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE