# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW BUDINE, LUCIANA JONKMAN, PROGRESSIVE DAIRY SOLUTIONS, INC., and BRIAN SUNDBERG, <br><br> Defendants. | CASE NO. CV F 07-0349 LJO DLB <br><br> **ORDER ON MOTION TO FILE UNDER SEAL DEPOSITION TRANSCRIPTS** <br> (Doc. 253) |

On April 29, 2008, Defendants and Counterclaim Plaintiffs are Progressive Dairy Solutions, Inc., Matthew Budine ("Mr. Budine"), Luciana Jonkman ("Ms. Jonkman"), and Brian Sundburg ("Mr. Sundburg") (collectively "Progressive") moved to file under seal 15 deposition transcripts. Pursuant to Local Rule 5-133(j), full deposition transcripts shall not be filed and shall not become part of the record. Rather, counsel shall file relevant excerpts of the transcript as exhibits to their document. *Id.* Here, Progressive filed under seal relevant excepts from the deposition transcripts. In this motion, Progressive fails to provide good cause why this Court should order the 15 deposition transcripts to be filed, under seal or otherwise. Accordingly, this Court:

1. DENIES Progressive's motion to file under seal the 15 identified deposition transcripts (Doc. 253); and

2. ORDERS Progressive's counsel to retrieve the deposition transcripts from the clerk of this Court no later than May 2, 2008.

IT IS SO ORDERED.

**Dated:    April 29, 2008**                /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1