David J. Miclean (CSB# 115098/miclean@fr.com)
Katherine D. Prescott (CSB# 215496/prescott@fr.com)
Erin O. Dungan (CSB# 227090/dungan@fr.com)
Enrique D. Duarte (CSB# 247523/duarte@fr.com)
Scott A. Penner (CSB# 253716/penner@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Mark W. Ryan (Admitted Pro Hac Vice/mryan@mayerbrown.com)
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006-1101
Tel: (202) 263-3000
Fax: (202) 263-5234

Attorneys for Plaintiffs
CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC.; MATTHEW BUDINE; LUCIANA JONKMAN; and BRIAN SUNDBERG,<br><br>Defendants. | Case No. 07-CV-00349 LJO (SMS)<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE (1) REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, (2) AENGUS H. CARR DECLARATION IN SUPPORT THEREOF, AND (3) REPLY IN SUPPORT OF STATEMENT OF UNDISPUTED FACTS AND RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS UNDER SEAL** |
| AND RELATED COUNTERCLAIMS | |

Good cause appearing therefor, IT IS HEREBY ORDERED THAT the (1) Plaintiffs' Reply Brief in Support of Their Motion for Summary Judgment on Defendants' Counterclaims, (2) the Declaration of Aengus H. Carr in support thereof, including exhibits and (3) Reply in Support of Plaintiffs' Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary

1  Judgment on Defendants' Counterclaims and Response to Defendants' Statement of Undisputed
2  Facts shall be filed under seal:

**IT IS SO ORDERED.**

Dated:   May 1, 2008                          /s/ Lawrence J. O'Neill
                                              Hon. Lawrence J. O'Neill
                                              nited States District Court Judge

50479417.DOC