Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
Heather S. Cohen, Pro Hac Vice (WSBN No. 34400) heather@mrcl-law.com
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
SHERNOFF, BIDART & DARRAS
600 S. Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for: Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BUDINE, DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 1:07-CV-00349 LJO<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANTS/ COUNTERCLAIMANTS' FOURTH CAUSE OF ACTION (CONSPIRACY TO TIE), FIFTH CAUSE OF ACTION (ATTEMPTED TYING), SIXTH CAUSE OF ACTION (TYING), AND SEVENTH CAUSE OF ACTION (ATTEMPTED MONOPOLIZATION) WITH PREJUDICE** |

TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to approval of this Court, that Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,

///

1  Luciana Jonkman, and Brian Sundberg's Second Amended Answer to Complaint and Counterclaims
2  filed with this Court on September 18, 2007, shall be modified as follows:
3       1.   Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,
4  Luciana Jonkman, and Brian Sundberg's. Fourth Cause of Action in their Counterclaim- Conspiracy
5  to Tie- shall be dismissed with prejudice in exchange for a waiver of all fees and costs.
6       2.   Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,
7  Luciana Jonkman, and Brian Sundberg's, Fifth Cause of Action in their Counterclaim- Attempted
8  Tying- shall be dismissed with prejudice in exchange for a waiver of all fees and costs.
9       3.   Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,
10  Luciana Jonkman, and Brian Sundberg's, Sixth Cause of Action in their Counterclaim- Tying- shall
11  be dismissed with prejudice for a waiver of all fees and costs.
12      4.   Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,
13  Luciana Jonkman, and Brian Sundberg's, Seventh Cause of Action in their Counterclaim- Attempted
14  Monopolization- shall be dismissed with prejudice in exchange for a waiver of all fees and costs.
15      5.   Defendants/Counterclaimants, Progressive Dairy Solutions, Inc., Matthew Budine,
16  Luciana Jonkman, and Brian Sundberg's, Eighth Cause of Action in their Counterclaim- Unfair Trade
17  Practices- (Cal. Bus. & Prof. Code § 17000, et seq.) shall be dismissed with prejudice only in regard
18  to factual allegations pertaining to beef blood meal (including but not limited to claims Cargill unfairly
19  sold beef blood meal feed at less than cost) in exchange for a waiver of all fees and costs.
20  Defendants/Counterclaimants Progressive Dairy Solutions, Inc., Matthew Budine, Luciana Jonkman,
21  and Brian Sundberg's Eighth Cause of Action in their Counterclaim- Unfair Trade Practices- (Cal.
22  Bus. & Prof. Code § 17000, et seq.) shall not be dismissed as to other factual allegations that have
23  been revealed during the course of discovery.

24  Dated: May 6, 2008                MARDEROSIAN, RUNYON, CERCONE,
                                       LEHMAN & ARMO


27                                     By:   /s/ Michael G. Marderosian
                                             Michael G. Marderosian,
                                             Attorney for Defendants/
28                                           Counter-Claimants above-named.

| | | |
|---|---|---|
| 1 | Dated:  May 6, 2008 | FISH & RICHARDSON, PC |
| 2 | | |
| 3 | | By:   /s/ David J. Miclean |
| 4 | | David J. Miclean<br>Plaintiffs/Counter-Defendants<br>CAN TECHNOLOGIES, INC., and |
| 5 | | CARGILL INCORPORATED |

**ORDER**

IT IS SO ORDERED.

**Dated:    May 6, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3