IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>            Plaintiffs,<br>vs.<br><br>MATTHEW BUDINE, et al.,<br>            Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

The Court has read and reviewed the memoranda in support, opposition and reply to the pending motion for summary judgment. The Court finds that additional briefing is necessary. Specifically, the Court requires a sur-reply from Counterclaim Plaintiffs and Defendants Matthew Budine, Luciana Jonkman, Brian Sundberg, and Progressive Dairy Solutions (collectively "Progressive") on the following issues raised by Plaintiffs Cargill Inc. and CAN Technologies ("Plaintiffs") in their reply: (1) timeliness (Reply, 4:25-5:4, 7-11-12; 8:17-19); (2) damages (Reply 4:11-23, 6:17-18); and (3) failure to cite to the evidentiary record (e.g., Reply 6:9-11, 10:7-11).   Accordingly, this Court:

(1) **ORDERS Progressive to file and serve a sur-reply no later than Tuesday, May 13, 2008** that addresses the issues identified above. Progressive may also respond to unidentified issues raised in Plaintiffs' reply. The sur-reply shall not exceed ten pages.; and

(2) VACATES the May 8, 2008 hearing. This Court will re-set a hearing on this motion, if necessary, after the sur-reply is filed and reviewed.

   IT IS SO ORDERED.

**Dated:   May 6, 2008**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1