Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
Heather S. Cohen, Pro Hac Vice (WSBN No. 34400) heather@mrcl-law.com
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
SHERNOFF, BIDART & DARRAS
600 S. Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for:  Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW BUDINE, DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | Case No.:  1:07-CV-00349 LJO <br><br> **ORDER FOR MISCELLANEOUS RELIEF TO FILE DEFENDANTS' SUR-REPLY TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE COURT'S MAY 6, 2008, ORDER UNDER SEAL** |

1  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the Defendants' Sur-Reply to Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Summary Judgment Pursuant to the Court's May 6, 2008, Order shall be filed under seal.

///

IT IS SO ORDERED.

**Dated:   May 12, 2008**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE