IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MATTHEW BUDINE, et al.,<br><br>          Defendants.                              / | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER ON MOTION TO CONTINUE PRETRIAL CONFERENCE** (Doc. 269) |

On May 14, 2008, Plaintiffs Cargill Inc. and CAN Technologies (collectively "Cargill"), by and through their lead counsel Mark W. Ryan ("Mr. Ryan") moved to continue the pre-trial conference currently set for June 5, 2008 at 8:30 a.m. Mr. Ryan requests this Court to change the date of the pre-trial conference, because he is concerned that he may miss his oldest daughter's high school graduation. Mr. Ryan's daughter is scheduled to graduate from high school on the morning of June 6, 2008 in Washington, D.C. Mr. Ryan fears that an unexpected delay in air travel will cause him to miss his daughter's graduation on June 6, 2008.

While the Court is sympathetic to Mr. Ryan's exceptional personal circumstances, and certainly agrees with the priorities he has established in making the request, a change of scheduled pre-trial conference date and time is unnecessary. This Court encourages telephonic appearance in pre-trial

conferences in all cases. Standing Order In All Civil Cases Assigned to District Judge Lawrence J. O'Neill, 2 (Doc. 20) ("Telephonic appearances before District Judge O'Neill are encouraged."). Hence, Mr. Ryan may appear by telephone to the June 5, 2008 pre-trial conference. If Mr. Ryan appears telephonically, there is no risk that he will miss his daughter's high school graduation. Any counsel who believes there is some advantage gained by having the Court note a personal rather than a telephonic appearance is incorrect. It makes NO difference to this Court.

As Mr. Ryan's concerns are alleviated by this Court's encouraged telephonic appearance, no good cause exists to change the pre-trial conference date. Accordingly, this Court:

1. DENIES Cargill's motion to change the date of the pre-trial conference (Doc. 269). The pre-trial conference will take place as scheduled on June 5, 2008 at 8:30 a.m. Mr. Ryan may appear telephonically to the pre-trial conference by calling (559) 499-5680. If more than one person plans to appear telephonically, the parties shall arrange a one-line call and call this Court (at the number above) with all parties on a single line.;

2. REMINDS the parties that the Joint Pre-trial Statement is due seven days prior to the pre-trial conference. The Joint Pre-trial Statement shall be emailed in Word or WordPerfect format to ljoorders@caed.uscourts.gov; and

3. ORDERS the parties, if any, no later than May 29, 2008, to advise this Court whether their clients will appear at the pre-trial conference, so that appropriate arrangements are made.

IT IS SO ORDERED.

**Dated:   May 15, 2008**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE