IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL, INCORPORATED and CAN TECHNOLOGIES, INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> MATTHEW BUDINE, LUCIANA JONKMAN, PROGRESSIVE DAIRY SOLUTIONS, INC., and BRIAN SUNDBERG, <br><br>  Defendants. <br>_____ / | CASE NO. CV F 07-0349 LJO DLB <br><br> **ORDER ON PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** (Doc. 294) |

Defendants and counter-claimants Matthew Budine, Luciana Jonkman, Brian Sundberg, and Progressive Dairy Solutions, Inc. ("Defendants") move to file under seal, pursuant to Local Rule 39-141, the exhibits attached to the Declaration of Michael G. Marderosian in support of their motions in limine. Defendants submit that these documents are submitted for filing under seal because the documents include information designated as "Highly Confidential" and/or "Confidential" under the Protective Order in this matter. The Protective Order in this matter (Doc. 143, Nov. 1, 2007) required:

> 12. Any Discovery Material that has been designated as "Confidential Information" or "Highly Confidential Information" that is included with or the contents of which are in any way disclosed in any pleading, motion, deposition transcript, or other papers filed with the Clerk of the Court shall be filed under seal in accordance with Local Rule 39-141.

1

1       Having reviewed documents designated as "Highly Confidential" and/or "Confidential
2 Information," this Court revisited this Protective Order provision. Order to Unseal Certain Documents,
3 2 (Doc. 289, June 12, 2008).  Recognizing the public's right to access, the Court required the parties
4 seeking to seal documents to "articulate compelling reasons supported by factual findings that outweigh
5 the general history of access and the public policies favoring disclosure." Order to Unseal Certain
6 Documents, p.2 (quoting *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir.
7 2006).

8       Defendants offer no "compelling reasons" why this Court should grant the motion to file under
9 seal the exhibits to the motions in limine.  A "confidential" or "highly confidential" designation by
10 counsel is not good cause to seal a document.  Accordingly, this Court DENIES Defendants' motion to
11 file under seal the exhibits in support of their motions in limine (Doc. 294).

13 IT IS SO ORDERED.

14 **Dated:   June 30, 2008**               **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE