1  Michael G. Marderosian (SBN No. 07796) mick@mrcl-law.com
   Brett L. Runyon (SBN No. 133501) brunyon@mrcl-law.com
2  Heather S. Cohen, Pro Hac Vice (WSBN No. 34400) heather@mrcl-law.com
   MARDEROSIAN, RUNYON, CERCONE,
3  LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone:  (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart (SBN No. 60582) mbidart@sbd-law.com
   Ricardo Echeverria (SBN No. 166049) recheverria@sbd-law.com
7  SHERNOFF, BIDART & DARRAS
   600 S. Indian Hill Boulevard
8  Claremont, CA 91711
   Telephone: (909) 621-4935
9  Facsimile: (909) 625-6915

10       Attorneys for:  Defendants and Counter-Claimants MATTHEW BUDINE; LUCIANA
                         JONKMAN; BRIAN SUNDBERG; and PROGRESSIVE DAIRY
11                       SOLUTIONS, INC.

12                      UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES, INC., | Case No.: 1:07-CV-00349 LJO |
| Plaintiffs, | **ORDER FOR MISCELLANEOUS RELIEF TO FILE EXPERT REPORTS ATTACHED AS EXHIBITS TO MOTIONS IN LIMINE UNDER SEAL** |
| v. | |
| MATTHEW BUDINE, DOUGLAS W. DEGROFF; DIVERSIFIED DAIRY SOLUTIONS, LLC; LUCIANA JONKMAN; PROGRESSIVE DAIRY SOLUTIONS, INC.; TODD SCHWEGEL; BRIAN SUNDBERG, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the following documents which will be submitted in support of the parties' motions in limine shall be filed under seal:

///

1. Schwegel Settlement Agreement;
2. Degroff Settlement Agreement;
3. Report of Timothy J. Nantell;
4. Report of Keith Kinsel; and
5. Rebuttal Report of Timothy J. Nantell.

IT IS SO ORDERED.

**Dated:  July 3, 2008**                    **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE