# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>                Plaintiffs,<br>vs.<br><br>MATTHEW BUDINE, et al.,<br>                Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER RE: PROPOSED VERDICT FORMS** |

This Court ordered the parties to meet and confer to attempt to reach agreement on the special verdict forms. Pretrial Order, paragraph W (Doc. 285). The parties either did not meet and confer or were unable to agree on a proposed verdict form. The Court read and reviewed the proposed verdict forms submitted by Plaintiffs and Counterclaim Defendants Cargill Inc. and CAN Technologies (collectively Cargill) and Counterclaim Plaintiffs and Defendants Matthew Budine, Luciana Jonkman, Brian Sundberg, and Progressive Dairy Solutions (collectively "Progressive"). The Court finds that Cargill's proposed verdict form is inadequate in that it excludes Progressive's counterclaims and does not give the jury adequate procedural instructions to follow, depending on how they respond to each question. . The Court finds that Progressive's 74-page, 226-question proposed verdict form is abusive and unruly. Accordingly, this Court:

1. REJECTS both Cargill's and Progressive's proposed verdict forms;
2. ORDERS the parties to meet and confer and to make best efforts to provide the Court and jury with an adequate (and REASONABLE) verdict form; and
3. ORDERS the parties to re-submit a proposed verdict form **no later than Thursday, July 24, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

**Dated:   July 21, 2008**          /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE