# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MATTHEW BUDINE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER ON CARGILL'S MOTION TO STRIKE PORTIONS OF PROGRESSIVE DEMOSTRATIVES (Doc. 373)** |

The Court has read and reviewed Cargill's motion to strike portions of the demonstratives prepared by Progressive (Doc. 373), and Progressive's opposition (Doc. 374). The instant motion makes clear that his Court cannot protect either side of this case from having a jury understand who and/or what the respective companies are. The Court will not dissect with such great detail the parties' exhibits, and finds Cargill's expansive motion to be neither reasonable nor practical. **Accordingly, this Court DENIES Cargill's motion to strike. The Court further RULES that unless there is a stipulation concerning the use of an exhibit or demonstrative evidence in an opening statement, the exhibit or demonstrative evidence may not be used.** "Stipulation" means a clear request, followed by a clear and unequivocal statement of agreement and approval.

IT IS SO ORDERED.

**Dated:   July 24, 2008**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill

1

1                                                    UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28