# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN and BRIAN SUNDBERG<br><br>        Defendants.<br>_____/<br><br>PROGRESSIVE DAIRY SOLUTIONS INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG,<br><br>        Counterclaimants,<br><br>vs.<br><br>CARGILL INCORPORATED and CAN TECHNOLOGIES.<br><br>        Counterclaim Defendants.<br>_____/ | CASE NO. CV-F-07-0349- LJO-SMS<br><br>**ORDER TO APPROVE VOLUNTARY DISMISSAL OF CERTAIN COUNTERCLAIMS** |

///

1

Pursuant to Fed. R. Civ. P. 41(a)(2) and the August 11, 2008 motion for voluntary dismissal, made by counterclaimants Progressive Dairy Solutions, Matthew Budine, Luciana Jonkman, and Brian Sundberg (collectively "Progressive"), this Court DISMISSED, on August 11, 2008 in open court and on the record, the following counterclaims:

1. count 2 (common law unfair competition);
2. count 10 (defamation); count 11 (intentional interference with contractual relations);
3. count 12 (intentional interference with prospective economic advantage);
4. count 15 (breach of contract);
5. count 16 (breach of implied covenant of good faith and fair dealing); and
6. count 17 (breach of implied covenant of good faith and fair dealing.

The Court further GRANTED Progressive's motion to dismiss its unjust enrichment claim for relief.

IT IS SO ORDERED.

**Dated:   September 5, 2008**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE