# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., | CASE NO. CV-F-07-0349- LJO-SMS |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN and BRIAN SUNDBERG | |
| Defendants. / | |
| PROGRESSIVE DAIRY SOLUTIONS INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG, | |
| Counterclaimants, | |
| vs. | |
| CARGILL INCORPORATED and CAN TECHNOLOGIES. | |
| Counterclaim Defendants. / | |

///

///

1

This cause came on regularly for trial on July 28, 2008 in the Federal Court in the Eastern District of California, the Honorable Lawrence J. O'Neill presiding, with a jury of eight (8). Plaintiffs and counterclaim defendants appeared by their attorneys, Mark Ryan, Lee Rubin and Rena Chng, of the law offices of Mayer Brown, LLP. Defendants and counterclaimants appeared by their attorneys, Michael G. Marderosian, Brett L. Runyon and Heather S. Cohen, of the law offices of Marderosian, Runyon, Cercone, Lehman & Armo and Ricardo Echeverria of the law offices of Shernoff, Bidart, Darras & Echeverria. Evidence, both oral and documentary, having been presented by both parties, the cause having been argued and submitted for decision, and a unanimous verdict that was reached by the jury and read on the record on August 14, 2008, and the Court having issued dispositive orders on May 29, 2008 (Doc.275) and May 30, 2008 (Doc. 277),

THIS COURT ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. Judgment is entered in favor of each and every defendant on the following causes of action:

 (a) Misappropriation of Trade Secrets (Cal. Code § 3426 et. seq.)
 (b) Breach of Contract
 (c) Common Law Unfair Competition
 (d) Violation of California Business & Professions Code § 17200
 (e) Conversion
 (f) Fraud
 (g) Negligent Misrepresentation
 (h) Breach of Duty of Good Faith and Fair Dealing
 (i) Breach of Duty of Loyalty
 (j) Breach of Fiduciary Duty
 (k) Unjust Enrichment
 (l) Civil Conspiracy

2. Judgment is entered in favor of each and every Plaintiff on the following causes of action:

 (a) Latham Act Section 43(a) Unfair Competition;
 (b) Unfair Business Practices, Cal. Bus. & Prof. Code § 17200;

1       (c)    False Advertising, Cal. Bus. & Prof. Code 17000;

2       (d)    Fraud;

3       (e)    Unjust Enrichment;

4       (f)    Civil Conspiracy; and

5       (g)    Non-payment of wages.

6   3.    Costs are awarded to the prevailing Defendant parties, in an amount to be determined in the post-judgment matter before the Court on the costs issue (see "Order on Costs Dispute")..

9   4.    The verdict and entry of judgment is with prejudice.

IT IS SO ORDERED.

**Dated:**   **September 5, 2008**           /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE