IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN and BRIAN SUNDBERG<br><br>　　　　　　Defendants.<br>_____ /<br><br>PROGRESSIVE DAIRY SOLUTIONS INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG,<br><br>　　　　　　Counterclaimants,<br><br>　　vs.<br><br>CARGILL INCORPORATED and CAN TECHNOLOGIES.<br><br>　　　　　　Counterclaim Defendants.<br>_____ / | CASE NO. CV-F-07-0349- LJO-SMS<br><br>**COURT'S TENTATIVE COSTS APPORTIONMENT RULING** |

Based on the evidence on additional claims that ultimately were either dismissed by the Court or dismissed by counsel, the necessary crossover (legally and factually) between and among the many claims, and the fact that this case was always, and mainly, about trade secrets, the Court tentatively finds that 70% of the recoverable costs are affiliated with the claims that survived, and that were ultimately determined by the jury to be against Cargill. Accordingly, this Court rules that 70% of the recoverable

1

costs submitted by the prevailing parties, Progressive Dairy Solutions, Inc., Matthew Budine, Luciana Jonkman, and Brian Sundberg (collectively "Progressive"), may be recovered.

Plaintiffs and counterclaim defendants Cargill, Inc. and CAN Technologies (collectively "Cargill") may oppose this tentative ruling concurrently with any objections they may have to the Bill of Costs submitted by Progressive on September 17, 2008.

Accordingly, the Court RE-SETS the following briefing scheduling on the costs issue:

1. Cargill's opposition and objections shall be filed no later than October 20, 2008; and
2. Progressive's response, if any, shall be filed no later than October 24, 2008.

IT IS SO ORDERED.

**Dated:   October 8, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE