IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INCORPORATED and CAN TECHNOLOGIES,<br><br>   Plaintiffs,<br><br>   vs.<br><br>MATTHEW BUDINE, PROGRESSIVE DAIRY SOLUTIONS, LUCIANA JONKMAN and BRIAN SUNDBERG,<br><br>   Defendants.<br>_____/<br>MATTHEW BUDINE, PROGRESSIVE DAIRY SOLUTIONS, LUCIANA JONKMAN and BRIAN SUNDBERG,<br><br>   Counter-claimants,<br><br>   vs.<br><br>CARGILL INCORPORATED and CAN TECHNOLOGIES,<br>   Counterclaim Defendants.<br>_____/ | CASE NO. CV-F-07-349- LJO-SMS<br><br>**ORDER APPROVING AMOUNT OF SUPERSEDEAS BOND AND DIRECTION TO CLERK TO FILE BOND** |

On December 29, 2008, Plaintiffs Cargill Inc. and CAN Technologies (collectively "Cargill") filed an *ex parte* application to approve a supersedeas bond as security against execution on the amended judgment. The application was brought pursuant to Federal Rule of Civil Procedure 62(d), Federal Rule of Appellate Procedure 8(a)(1)(B) and Local Rule 65.1-151. The application attached the fully executed

bond. The bond is issued by Safeco Insurance Company of America ("Safeco") in the amount of $102,060.80 to secure the $81,648.64 in costs as awarded in the amended judgment in this matter. The bond amount is 125% of the judgment.

Defendants Matthew Budine, Luciana Jonkman, Brian Sundberg and Progressive Dairy Solutions, Inc. informed the Court that they do not oppose the supersedeas bond or motion to stay the execution.

Accordingly, upon the review of the bond issued by Safeco, and it appearing to comply with the provisions of Local Rule 65.1-151 and 31 U.S.C. §§ 9304-06, this Court:

1. APPROVES the supersedeas bond in the sum of $102,060.80 issued by Safeco Insurance Company of America, as surety;

2. STAYS EXECUTION of the judgment, in accordance, with Fed. R. Civ. P. 62(d); and

3. DIRECTS the clerk of court to file the bond in the Court file.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE