IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARGILL INC. AND CAN TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROGRESSIVE DAIRY SOLUTIONS, INC., MATTHEW BUDINE, LUCIANA JONKMAN and BRIAN SUNDBERG <br><br> Defendants. <br> _____ / <br><br> PROGRESSIVE DAIRY SOLUTIONS INC., MATTHEW BUDINE, LUCIANA JONKMAN, and BRIAN SUNDBERG, <br><br> Counterclaimants, <br><br> vs. <br><br> CARGILL INCORPORATED and CAN TECHNOLOGIES. <br><br> Counterclaim Defendants. <br> _____ / | CASE NO. CV-F-07-0349- LJO-SMS <br><br> **ORDER TO RELEASE SUPERSEDEAS BOND** (Doc. 472) |

///

///

1

1       On December 29, 2009, plaintiffs and counterclaim defendants Cargill, Incorporated and CAN Technologies, Inc ("Cargill") lodged with this Court a supersedeas bond in the amount of $102,060.8-. This Court approved the amount of the bond, directed the clerk of court to file the bond, and stayed the execution of the December 11, 2008 Amended Judgment pending appeal (Docs. 465, 466).

      On February 10, 2010, the United States Court of Appeals for the Ninth Circuit issues a mandate to affirm this Court's Amended Judgment (Doc. 469).

      On March 4, 2010, Cargill made payments to defendants and counterclaimants Progressive Dairy Solutions, Matthew Budine, Luciana Jonkman, and Brian Sundberg ("Progressive") in the amount of $82,230.00, in full satisfaction of the Amended Judgement, Bill of Costs, and applicable post-judgment interest.

      On March 17, 2010, Cargill filed a Motion for Release and Return of Supersedeas Bond (Doc. 472). Defendants filed a statement of non-opposition in addition to a March 10, 2010 Satisfaction of Judgment (Doc. 471).

      Having considered Cargill's motion, Progressive's non-opposition, and Satisfaction of Judgment, this Court:

1. RELEASES Cargill and its surety Safeco Insurance Company of America from all obligations under the supesedeas bond; and
2. DIRECTS the clerk of court to return the supersedeas bond to Cargill's counsel, Joseph Baker, at the following address:

> Joseph Baker
> Mayer Brown
> 1999 K Street NW
> Washington, DC 200006-1101

IT IS SO ORDERED.

**Dated:   March 19, 2010**                    /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE